UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PACKARD SQUARE LLC,

    Plaintiff,                          Civil Action No. 19-CV-10374

vs.                                     HON. BERNARD A. FRIEDMAN

CANYON PARTNERS LLC, et al.,

    Defendants.

_____/

## **JUDGMENT**

        The Court has issued an opinion and order in this matter granting defendants' motions to dismiss Counts I and II of the complaint, and dismissing the remaining counts pursuant to 28 U.S.C. § 1367(c)(3). Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

                                                     DAVID J. WEAVER
                                                     CLERK OF COURT

                                                     By: <u>Johnetta M. Curry-Williams</u>
                                                           Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
              BERNARD A. FRIEDMAN
              SENIOR U.S. DISTRICT JUDGE

Dated: January 23, 2020