UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Packard Square LLC

Plaintiff(s),

v.

Canyon Partners LLC, et al

Defendant(s).
_____/

Case No. 19-CV-10374

Judge Bernard A. Friedman

Magistrate Judge

## NOTICE OF APPEAL

Notice is hereby given that Packard Square LLC appeals to the United States Court of Appeals for the Sixth Circuit from the: [✔] Judgment  [ ] Order  [ ] Other: _____

entered in this action on January 23, 2020.

Date: February 19, 2020         Signature: Mark S. Demorest

Counsel is: RETAINED

Bar No: P35912
Firm Name (if applicable): Demorest Law Firm, PLLC
Address 1: 322 W. Lincoln
Address 2:
City, State Zip Code: Royal Oak, MI 48067
Telephone No: 248-723-5500
Primary Email Address: mark@demolaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PACKARD SQUARE LLC,

    Plaintiff,

vs.

CANYON PARTNERS LLC, et al.,

    Defendants.
_____/

Civil Action No. 19-CV-10374

HON. BERNARD A. FRIEDMAN

## JUDGMENT

The Court has issued an opinion and order in this matter granting defendants' motions to dismiss Counts I and II of the complaint, and dismissing the remaining counts pursuant to 28 U.S.C. § 1367(c)(3). Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

DAVID J. WEAVER
CLERK OF COURT

By: <u>Johnetta M. Curry-Williams</u>
    Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
    BERNARD A. FRIEDMAN
    SENIOR U.S. DISTRICT JUDGE

Dated: January 23, 2020