**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 05, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-1155, *Packard Square LLC v. Canyon Partners LLC, et al*
Originating Case No. : 2:19-cv-10374

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Zachary Love
For Roy Ford
Case Manager

cc: Nathaniel Howard Akerman
 David Ryan Carpenter
 Mr. Phillip J. DeRosier
 Mr. John B. Dolan
 Mr. Rollin A. Ransom
 Mr. Andrew B. Talai

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 20-1155

_____

Filed: April 05, 2021

PACKARD SQUARE LLC

      Plaintiff - Appellant

v.

CANYON PARTNERS LLC; CANYON PARTNERS REAL ESTATE LLC; MITCHELL R.
JULIS; GERALD GOLDMAN; JOSHUA S. FRIEDMAN; MARIA STAMOLIS; KEVIN
SCHOLZ; MARTHA PAGE

      Defendants - Appellees

MANDATE

   Pursuant to the court's disposition that was filed 03/10/2021 the mandate for this case hereby

issues today.

COSTS: None